In the Matter of JOHN G. BEST et al., Appellants, against CITY OF NEW YORK et al., Respondents.—

No opinion. Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.